1  **THOMAS P. RILEY, SBN 194706**
   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2  **One California Plaza**
   **300 South Grand Avenue, Suite 2670**
3  **Los Angeles, CA 90071-3161**

4  **Tel: 213-229-9292**
   **Fax: 213-229-9295**
5  **TPRLA@att.net**

6  **Attorneys for Plaintiff**
   **Garden City Boxing Club, Inc.**
7

8                  **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
9
                                              **\*E-FILED - 8/4/05\***
10 **Garden City Boxing Club, Inc.,**          **CASE NO. CIV 05-01553 RMW**
11
                   **Plaintiff,**              **PLAINTIFF'S REQUEST FOR AN**
12                                             **ORDER EXTENDING TIME TO**
                   **vs.**                     **COMPLETE SERVICE, AND ORDER**
13
14
15 **Hakim A. Ghiassy, et al.**
16                 **Defendants.**

17      TO THE HONORABLE RONALD M. WHYTE, THE DEFENDANTS, AND THEIR
18 ATTORNEY/S OF RECORD:

19
20      As of this date, Plaintiff has been unable to successfully serve its Complaint upon Defendants
21 Hakim A. Ghiassy a/k/a Hakim John Ghiassy and Adan Bracamontes, individually and d/b/a Alta Mar
   Mexican Restaurante a/k/a Alta Mar Mexican Restaurante.
22
23      Wherefore, Plaintiff makes the following representations and recommendations:
24
25      1.      On April 15, 2005, Plaintiff's Complaint was filed against Defendants Hakim A. Ghiassy
26 a/k/a Hakim John Ghiassy and Adan Bracamontes, individually and d/b/a Alta Mar Mexican
   Restaurante a/k/a Alta Mar Mexican Restaurante (hereinafter referred to as "Defendants").
27
28

**PLAINTIFF'S REQUEST FOR AN ORDER EXTENDING**
**TIME TO COMPLETE SERVICE, AND ORDER**

**PAGE 1**

2.      While service problems are by no means uncommon in this type of litigation, in many instances, Plaintiff's process service companies, or a specialized skiptracing firm is able to effectively skip trace a defendant in order that service may be properly effected.

3.      As of this writing, Plaintiff believes, however, that the defendants have not left the area and are still within this Court's jurisdiction.  No other contrary information stating otherwise has been sent to Plaintiff or its counsel.

**WHEREFORE**, Plaintiff respectfully requests that the Court permit an additional sixty days (60) from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to each and every defendant where service has not been made or service by publication requested.

Respectfully submitted,

Date: July 5, 2005                                    */s/ Thomas P. Riley*
                                                      **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                                      By: Thomas P. Riley, Esquire
                                                      Attorneys for Plaintiff
                                                      Garden City Boxing Club, Inc.

///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S REQUEST FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE, AND ORDER**

**PAGE 2**

# ORDER

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

Plaintiff is granted an additional sixty (60) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to each and every defendant where service has not been made or service by publication requested.

**IT IS SO ORDERED**:


/S/ RONALD M. WHYTE                         Date:   8/4/05
**HONORABLE RONALD M. WHYTE**
United States District Court Judge
Northern District of California
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S REQUEST FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE, AND ORDER**

**PAGE 3**

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is One California Plaza, 300 South Grand Avenue, Suite 2670, Los Angeles, CA 90071. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 5, 2005, I served:

**PLAINTIFF'S REQUEST FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE, AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Hakim A. Ghiassy            (Defendant)
1060 E. 12th Street
Okalnd, CA CA 94533

Adan Bracamontes            (Defendant)
1060 E. 12th Street
Okalnd, CA CA 94533

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 5, 2005, at Los Angeles, California.

Dated: July 5, 2005                    _/s/ Inesa Mamidjanyan_____
                                       **INESA MAMIDJANYAN**

**PLAINTIFF'S REQUEST FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE, AND ORDER (Proposed)**

**PAGE 4**