THOMAS P. RILEY, ESQ. (SBN 194706)
LAW OFFICES OF THOMAS P. RILEY, P.C.
One California Plaza
300 South Grand Avenue, Suite 2670
Los Angeles, CA 90071-3161

Tel: 213-229-9292
Fax: 213-229-9295
TPRLA@att.net

Attorneys for Plaintiffs
Garden City Boxing Club, Inc.

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 8/18/05*

| | |
|---|---|
| **Garden City Boxing Club, Inc.** | **CASE NO. C 05-1553 RMW** |
| **Plaintiff,** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING CASE MANAGEMENT CONFERENCE; AND ORDER** |
| **vs.** | |
| **Hakim Ghiassy, et al.** | |
| **Defendant.** | |

Plaintiff Garden City Boxing Club, Inc., hereby applies *ex parte* for an order vacating the Case Management Conference presently set for Friday, August 19, 2005, at 10:30 a.m.

This Application is respectfully submitted for the consideration of this Honorable Court and is based on the grounds that neither one of the Defendants have yet to be served.

///
///
///
///
///
///
///

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING
CASE MANAGEMENT CONFERENCE; AND ORDER
CASE NO. C 05-1553 RMW
PAGE 1

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Case Management Conference in this action presently scheduled for 10:30 p.m., Friday, August 19, 2005, in order that Plaintiff may serve the Defendants with the suit papers filed in this action, Defendants may thereafter respond to the Plaintiff's Complaint, and Defendants and/or their counsel may join Plaintiff's counsel in the preparation of a Case Management Statement in advance of the Parties participation at a Case Management Conference to be conducted in this action.

Respectfully submitted,

Dated: August 16, 2005          _____/s/ Thomas P. Riley_____
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Garden City Boxing Club, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING**
**CASE MANAGEMENT CONFERENCE; AND ORDER**
**CASE NO. C 05-1553 RMW**
**PAGE 2**

## <u>ORDER</u>

It is hereby ordered that the Case Management Conference in civil action number C 05-1553 RMW styled *Garden City Boxing Club, Inc. v. Hakim A. Ghiassy, et al*., is hereby vacated.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:   The Court continued the Case Management Confernce to November 18, 2005 @ 10:30 a.m.

/s/ Ronald M. Whyte                                      Dated:   8/18/05

**THE HONORABLE RONALD M. WHYTE**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///
///
///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is One California Plaza, 300 South Grand Avenue, Suite 2670.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On, August 16, 2005, I served:

**PLAINTIFF'S *EXPARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Hakim A. Ghiassy      (Defendant)
1060 E. 12th Street
Oakland, CA 94606

Adan Bracamontes      (Defendant)
1060 E. 12th Street
Oakland, CA 94606

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on August 16, 2005, at Los Angeles, California.

Dated: August 16, 2005                    _____*/s/ Inesa Mamidjanyan*_____
                                          **INESA MAMIDJANYAN**

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING
CASE MANAGEMENT CONFERENCE; AND ORDER
CASE NO. C 05-1553 RMW
PAGE 4**